J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff SKF USA Inc.

Christopher Q. Pham (SBN 206697)
*cpham@johnsonpham.com*
Johnson & Pham, LLP
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California  91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorney for Defendant Alliance Bearing Industries, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKF USA Inc.,<br><br>  Plaintiff,<br>  v.<br><br>Alliance Bearing Industries, Inc. and Does 1 – 10, inclusive,<br><br>  Defendants. | Case No. CV 08-4129 SVW (FFMx)<br><br>PRELIMINARY INJUNCTION |

Plaintiff SKF USA, Inc. ("SKF") and Defendant Alliance Bearings Industries, Inc. ("Defendant"), through their respective counsel of record, after having met and agreed in good faith, hereby and stipulate to the following terms and conditions of a Preliminary Injunction:

GOOD CAUSE APPEARING THEREFOR, THE COURT ORDERS that this Preliminary Injunction ("Injunction") shall be and is hereby entered in the within action as follows:

1) SKF owns or controls the pertinent rights in and to the following trademarks (hereinafter collectively the "SKF Trademarks"):

| Mark: | Registration/Serial No.: | Registration Date: |
| --- | --- | --- |
| SKF® | 502839 | 1948 |
| SKF® | 502840 | 1948 |
| SKF® & Design | 2053722 | 1997 |
| SKF® & Design | 3370941 | 2008 |
| SKF EXPLORER™ | Serial No. 78830899 | Filed 2006 |

All of the SKF Trademarks are current and in full force and effect.

2) WHEREAS SKF contends Defendant engaged in the purchase, importation, offer for sale, sale and distribution of counterfeit SKF branded bearings and packaging.

3) WHEREAS Defendant denies such contentions.

4) Defendant and its agents, servants, employees and attorneys, and all persons in active concert and participation with it are hereby restrained and enjoined from directly or indirectly infringing the SKF Trademarks in any manner, including generally, but not limited to, manufacture, importation, distribution, shipping, advertising, selling and/or offering for sale any counterfeit or unauthorized products using, bearing or embodying any of the SKF Trademarks or marks confusingly similar to the SKF Trademarks ("Unauthorized Products"), and specifically:

    a) Importing, manufacturing, distributing, advertising, shipping, transporting, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the SKF Trademarks;

    b) Importing, manufacturing, distributing, advertising, shipping, transporting, selling and/or offering for sale in connection thereto any

unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the SKF Trademarks;

c) Destroying, relocating or otherwise disposing of:

    i) Merchandise falsely bearing the SKF Trademarks;

    ii) Any other products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the SKF Trademarks;

    iii) Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of the SKF Trademarks;

    iv) Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing any of the SKF Trademarks; and

    v) Customer journals, ledgers, invoices, purchase orders, inventory control documents, and catalogs, reasonably believed to reflect or reveal the manufacture, purchase, advertising, sale or offering for sale of the Unauthorized Products.

5) Defendant further agrees to preserve during the pendency of this action:

    a) All Unauthorized Products bearing the SKF Trademarks, or likenesses thereof;

    b) Any other unauthorized products which reproduce, copy, counterfeit, imitate or bear any of the SKF Trademarks or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to any of the SKF Trademarks;

    c) Any labels, packages, wrappers, containers and any other unauthorized promotional or advertising material which reproduce, copy, counterfeit, imitate

or bear any of the SKF Trademarks or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to any of the SKF Trademarks;

d) Any molds, screens, patterns, plates, or negatives, used for making or manufacturing the Unauthorized Products or unauthorized items which bear the SKF Trademarks or which bear a substantial similarity to any of the SKF Trademarks; and

e) Customer journals, ledgers, invoices, purchase orders, inventory control documents, and catalogs, reasonably believed to reflect or reveal the manufacture, purchase, advertising, sale or offering for sale of the Unauthorized Products.

6) SKF will post a bond in the amount of Twenty-Five Thousand Dollars ($25,000.00) within twenty (20) business days of the entry of the Injunction on PACER.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The hearing on SKF's Motion for Preliminary Injunction currently on calendar for January 26, 2009, is hereby vacated.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

9) By entering into this Stipulation for a Preliminary Injunction, Defendant does not admit to any wrongdoing or liability relating to the claims asserted or the subject matter of this Injunction. This Stipulation shall not be construed as an admission of liability or a waiver by any Party as to the merits, claims, and/or defenses in this action.

IT IS SO ORDERED.

DATED: January 23, 2009

_____
Hon. Stephen V. Wilson
United States District Judge

PRESENTED BY:
J. Andrew Coombs,
A Professional Corp.

By: _____
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff SKF USA Inc.


Johnson & Pham, LLP

By: _____
       Christopher Q. Pham
Attorney for Defendant Alliance Bearing Industries, Inc.

SKF v. Alliance, et al.: Proposed Preliminary Injunction        - 5 -