J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff SKF USA Inc.

Christopher Q. Pham (SBN 206697)
*cpham@johnsonpham.com*
Johnson & Pham, LLP
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California  91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Defendant Alliance
Bearing Industries, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKF USA Inc., <br><br> Plaintiff, <br> v. <br> Alliance Bearing Industries, Inc. and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV 08-4129 SVW (FFMx) <br><br> PERMANENT INJUNCTION PURSUANT TO STIPULATION |

  The Court, having read and considered the Joint Stipulation for Permanent Injunction that has been executed by Plaintiff SKF USA Inc. ("SKF" or "Plaintiff") and Defendant Alliance Bearing Industries, Inc. ("Defendant") in this action:

  GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that this Permanent Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, et seq., as well as 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331.

2) Service of process was properly made on the Defendant.

3)   SKF owns or controls the pertinent rights in and to the following trademarks and pending application (hereinafter the "Trademarks"):

| Mark: | Registration No.: | Registration Date: |
|---|---|---|
| SKF® | 502839 | 1948 |
| SKF® | 502840 | 1948 |
| SKF® & Design | 2053722 | 1997 |
| SKF® & Design | 3370941 | 2008 |
| **Mark:** | **Application No.:** | **Application Date:** |
| SKF EXPLORER™ | Serial No. 78830899 | Filed 2006 |

4)   Plaintiff alleges that Defendant has made unauthorized uses of the Trademarks or substantially similar likenesses or colorable imitations thereof.

5)   Defendant and its agents, servants, employees and all persons in active concert and participation with it who receive actual notice of the Injunction are hereby restrained and enjoined, pursuant to 15 U.S.C. § 1116, from selling counterfeit bearings embodying the SKF Trademarks in any manner, including generally, but not limited to, manufacture, importation, distribution, shipping, advertising, selling and/or offering for sale any counterfeit products using, bearing or embodying any of the SKF Trademarks or marks confusingly similar to the SKF Trademarks ("Unauthorized Products"), and specifically:

   i)   Importing, manufacturing, distributing, advertising, selling and/or offering for sale any unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Unauthorized Products;

   ii)   Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional

       materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Trademarks;

       iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the Unauthorized Products sold by Defendant, or Defendant itself is connected with SKF, is sponsored, approved or licensed by SKF, or is affiliated with SKF;

       iv)    Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such Unauthorized Products as being those of SKF.

6)    Defendant is ordered to deliver for destruction all Unauthorized Products, including bearings and related products, and labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of the Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

7)    Defendant denies any and all wrongdoing or liability relating to the claims asserted or the subject matter of this Injunction. This Permanent Injunction shall not be construed as an admission of liability or a waiver by any Party as to the merits, claims, and/or defenses in this action.

8)    The claim alleged in the Complaint against Defendant by SKF are dismissed with prejudice.

9) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

10) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

11) The Court orders that the Bond listed as Docket Entry No. 50, "Undertaking of Corporate Surety Bond" in the amount of Twenty-Five Thousand Dollars ($25,000.00) with bond number CMS243897 through RLI Insurance Company posted on February 10, 2009, is hereby exonerated.

12) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

/ / /

/ / /

/ / /

/ / /

/ / /

13) This Court shall retain jurisdiction over the Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof, and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: June 3, 2009

_____
Hon. Stephen V. Wilson
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A P. C.

By: _____
    J. Andrew Coombs
    Annie Wang
Attorneys for Plaintiff SKF USA Inc.

Johnson & Pham, LLP

By: _____
    Christopher Q. Pham
Attorney for Defendant Alliance Bearing Industries, Inc.